**FILED**
July 31, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:17-MJ-00130-CKD-4
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
YONGJIE LIU, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release YONGJIE LIU, Case No. 2:17-MJ-00130-CKD-4, Charge 21 USC §§ 846; 841(a)(1); 856, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 50,000 (co-signed)

    ✔ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other) With pretrial supervision and conditions of release as stated on the record in open court. USM shall release defendant tomorrow morning (8/1/2017) at 9:00 a.m. to Pretrial Services.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 31, 2017 at 3:20 pm.

By _____
Deborah Barnes
United States Magistrate Judge